# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SCOTTY WAYNE RIDDLE**
**ADC #154068**                                                                          **PLAINTIFF**

v.                                    **1:13-cv-98-DPM**

**JOHN ALLEN WILLIAMSON, JR. and**
**LAWANDA WILLIAMSON**                                                                   **DEFENDANTS**

## ORDER

The Court finds that the interests of justice would be best served by transferring this case. The alleged events occurred in the Western District of Arkansas, so venue is proper there. 28 U.S.C. § 1406(a). The Court directs the Clerk to transfer Riddle's entire case file to the Western District of Arkansas. The transfer should be immediate; there is no need to wait a reasonable time. *Compare In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982) *(per curiam)*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 January 2014